In the Matter of GEORGE EMERY, Appellant, v. FLOYD L. MAYRAND, as Justice of the Peace, Town of Fort Edward, et al., Respondents. In the Matter of GEORGE EMERY, Appellant, v. ADELLA B. TASKER, Individually and as Clerk of the Town of Fort Edward, Respondent.— GABRIELLI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Gabrielli, J.